FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 APR 13 PM 2:25
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTONIO TAVARIS BROWN, )
)
    Petitioner, )
)
v. ) CASE NOS. CV415-199
) CR412-278
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 5.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 Petition is **GRANTED**. The United States Probation Office is **DIRECTED** to immediately prepare an updated presentence investigation report. Upon receiving that report, the Court will promptly schedule a sentencing hearing. Defendant's previous attorney, Mr. Solomon A. Amusan, is hereby **REAPPOINTED** to represent Defendant in case number CR412-278. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 13th day of April 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA