# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE No. CR 412-278 |
| ) | |
| ANTONIO TAVARIS BROWN ) | |

## ORDER

Before the Court is Defendant Antonio Tavaris Brown's Notice of Withdrawal (Doc. 89) of his Motion to Dismiss (Doc. 88). In the Motion, the Defendant argued that this Court's probable cause findings required revision of the revocation documents by United States Probation. In response to that Motion, however, Probation revised the documents, rendering the Motion moot. Accordingly, the Motion is HEREBY DISMISSED AS MOOT.

SO ORDERED.

This 13th day of February, 2019.

Hon. Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia